IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| BRAQUELLE LAWSON, *et al.*, individually on behalf of themselves and on behalf of all others similarly situated, </br></br>        Plaintiffs, </br></br>    v. </br></br> COMMUNITY HEALTH SYSTEMS, INC., *et al.*, </br></br>        Defendants. | Case No. 3:14-cv-00712-DPJ-FKB </br></br> Judge Daniel P. Jordan, III |

## COMMUNITY HEALTH SYSTEMS, INC.'S NOTICE OF JOINDER IN REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY OR FOR EXTENSION OF TIME TO RESPOND

Subject to and without waiver of its objection to the Court's lack of personal jurisdiction and its other defenses, Defendant Community Health Systems, Inc. ("CHSI") notices its joinder in the reply memorandum of Community Health Systems Professional Services Corporation ("CHSPSC") in support of the November 3, 2014, motion to stay or for an extension of time to respond to Plaintiffs' Second Amended Complaint. As noted in CHSPSC's reply, Plaintiffs filed no objection with the Judicial Panel on Multidistrict Litigation (JPML) to the Motion to Transfer this case to the Northern District of Alabama for consolidated pre-trial proceedings. Thus, a stay pending resolution of the Motion to Transfer currently pending before the JPML will promote efficiency, avoid wasted effort and resources, prevent inconsistent rulings, and not prejudice Plaintiffs.

In the alternative and for the reasons stated in CHSPSC's reply, CHSI joins in CHSPSC's request for an additional thirty days from the Court's ruling on this motion in which to respond to Plaintiffs' Second Amended Complaint.

Respectfully submitted, this the FIRST day of December, 2014.

COMMUNITY HEALTH SYSTEMS, INC.

By:     *s/ Andy Lowry*
       Andy Lowry
       Counsel for Defendant

*Of Counsel:*

Thomas L. Kirkland, Jr. (MSB # 4181)
Andy Lowry (MSB # 100782)
Copeland, Cook, Taylor & Bush, P.A.
Post Office Box 6020
Ridgeland, Mississippi  39158
Telephone: 601-856-7200
Facsimile:  601-856-8242
tkirkland@cctb.com
alowry@cctb.com

*Attorneys for Defendant Community Health Systems, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 1st day of December, 2014, a copy of the foregoing was filed through the Court's ECF system which provided copies of the same to all counsel of record.

    *s/ Andy Lowry*
    Andy Lowry