IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRAQUELLE LAWSON, *et al.*,
individually on behalf of themselves
and on behalf of all others similarly
situated                                                                                    PLAINTIFFS

VS.                                                       CIVIL ACTION NO. 3:14cv712-DPJ-FKB

COMMUNITY HEALTH SYSTEMS,
INC., *et al.*                                                                          DEFENDANTS

### ORDER

This matter is before the Court on the motion of Defendants for a stay pending a decision by the Judicial Panel on Multidistrict Litigation regarding transfer and consolidation. The motion is hereby granted. All discovery, including the parties' obligation to make initial disclosures, is hereby stayed pending further order of the Court. Defendants' obligations to file a response to the complaint is likewise stayed.

SO ORDERED this the 5th day of January, 2015.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE